114 A.3d 795

John P. KAROLY, Jr., Appellant

v.

Michael MANCUSO, Esquire Assistant District Attorney and Eric Kerchner, Detective and Christopher Jones, Esquire Assistant District Attorney, Appellees.

Supreme Court of Pennsylvania.

April 27, 2015.

## *ORDER*

PER CURIAM.

AND NOW, this 27th day of April, 2015, the Order of the Commonwealth Court is **AFFIRMED.**